GARY M. RESTAINO
United States Attorney
District of Arizona
NATHANIEL J. WALTERS
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Nathaniel.Walters@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>David Berry Garmarnik,<br><br>　　　　　Defendant. | No. 24-MJ-05208-N/A-MSA<br><br>GOVERNMENT'S MOTION FOR STAY OF RELEASE AND REVIEW OF MAGISTRATE JUDGE'S RELEASE ORDER<br><br>(Pursuant to 18 U.S.C. § 3145(a)) |

　　　　The United States of America, by and through its undersigned attorneys, pursuant to 18 U.S.C. § 3145(a) moves this Court to review the November 20, 2024, Order of United States Magistrate Judge Maria S. Aguilera, releasing the defendant on his own recognizance.

　　　　The District Court's review of the Magistrate Judge's decision is *de novo*. *United States v. Koenig*, 912 F.2d 1190, 1191 (9th Cir. 1990). The United States respectfully moves the Court to stay the release order and requests the matter be set for a hearing before a United States District Judge. The United States will file an Addendum to the Motion for

///

Review that sets forth the facts and legal basis for its request on or before Wednesday, November 27, 2024.

Respectfully submitted this 20th day of November, 2024.

GARY M. RESTAINO<br>
United States Attorney<br>
District of Arizona<br>
<br>
*s/Nathaniel J. Walters*<br>
<br>
NATHANIEL J. WALTERS<br>
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 20th day of November, 2024, to:

Joshua Fisher Hamilton, Esq.
Marcia Ramonet, U.S. Pretrial Services