IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>            Plaintiff,<br><br>    vs.<br><br>David Berry Garmarnik,<br><br>            Defendant. | No.  24-MJ-05208-N/A-MSA<br><br>ORDER<br><br>(Pursuant to 18 U.S.C. § 3145(a)) |
|---|---|

      On motion of the United States of America, pursuant to 18 U.S.C. § 3145(a), for Review of the U.S. Magistrate Judge's Release Order,

      IT IS ORDERED:

      The government's motion is set for hearing on _____, \_\_\_\_\_, at _____ m. before U.S. District Court Judge _____ in Courtroom _____.

      The defendant's release is stayed pending the hearing.

      The government is granted leave to supplement its Motion for Review of Release Order with additional filing(s) prior to the hearing.